**Kenneth Ray MITCHELL,**
**Plaintiff–Appellant,**

v.

**Lieutenant BOLIN, Sheriff Dept Richland Co; Lott Leon; SC, All ECT; Richland County Public Servant's Top Authority's; AG A W, also known as Alan Wilson; CS CT Governor Nikki Haley; Dan Johnson, Solicitor; Chief Justice J H T; Deputy 1431, 1411, Defendants–Appellees,**

**and**

**Sheriff Deputy of Richland County; South Carolina, State of; Sheriff as Deputy Solicitor Agssct; Badge No. 1411; Sheriff Electied, Defendants.**

No. 12–8088.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 26, 2013.

Kenneth Ray Mitchell, Appellant pro se.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Kenneth Ray Mitchell appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mitchell v. Bolin,* No. 3:12–cv–01714–CMC, 2012 WL 5472551 (D.S.C. filed Nov. 8, 2012 & entered Nov. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*